**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See Fed. Cir. R. 36.*

Before NEWMAN, LOURIE, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See Fed. Cir. R. 36.*

**MUMFORD & MILLER CONCRETE, INC., Appellant,**

v.

**Pete GEREN, Secretary of the Army, Appellee.**

No. 2007–1471.

United States Court of Appeals, Federal Circuit.

March 14, 2008.

**Donnie WEBB, Petitioner,**

v.

**FEDERAL BUREAU OF PRISONS, Respondent.**

No. 2007–3085.

United States Court of Appeals, Federal Circuit.

March 20, 2008.

William D. Auxer, Kaplin Stewart Meloff Reiter & Stein, PC, of Blue Bell, Pennsylvania, argued for appellant.

Bryant G. Snee, Trial Attorney, Commercial Litigation Branch, Civil Division United States Department of Justice, of Washington, DC, argued for the appellee. On the brief were Jeanne E. Davidson, Director, Mark A. Melnick, Assistant Director, and A. Bondurant Eley, Trial Attorney.